IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRONE B. HARRIS,

   *Petitioner*,

v.                                       Case No.: 4:22cv416-MW/ZCB

RICKY D. DIXON,

   *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2254, ECF No. 1, is **DENIED.**" A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on December 30, 2025.**

                                              s/Mark E. Walker        
                                              **United States District Judge**